UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 28 AM 9:53

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. **'08 MJ 1672** |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| **Martin GONZALEZ-Ramos,** | Title 8, U.S.C., Section 1326 <br> Attempted Entry After <br> Deportation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **May 27, 2008**, within the Southern District of California, defendant **Martin GONZALEZ-Ramos**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **28th** DAY OF **MAY, 2008.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On May 27, 2008, at approximately 5:55 AM, **Martin GONZALEZ-Ramos (Defendant)**, applied for admission to the United States through the San Ysidro, California Port of Entry via the pedestrian primary lanes. Defendant claimed United States Citizenship to a United States Customs and Border Protection (CBP) Officer and presented an altered California Birth Certificate bearing the name Carlos (indiscernible last name) with a California Driver License bearing the name Carlos Umberto Lluch, stating he was born in Los Angeles, California. Defendant stated to the CBP Officer that he was going to San Diego, California. The CBP Officer suspected Defendant was not the rightful owner of the documents presented and escorted Defendant to the secondary for further inspection.

In secondary, Defendant was searched by fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a match to the query confirming Defendant's identity and linking him to FBI and Immigration Service records.

Queried through the Central Index System (CIS) and the Deportable Alien Control System (DACS) identified Defendant as a citizen of Mexico without legal rights or documents to enter the United States. DACS records indicate Defendant was ordered deported from the United States by an Immigration Judge on or about February 1, 2007. Immigration records contain no evidence that Defendant has applied for, or received permission from the Attorney General or the Secretary of Homeland Security to legally re-enter the United States.

During a video recorded proceeding, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and agreed to answer questions without the benefit of counsel. Defendant admitted he is a citizen of Mexico by birth in Ciudad Jaurez, Chihuahua, Mexico. Defendant admitted he has no legal rights or documents to enter the United States. Defendant admitted he was deported by an Immigration Judge and was physically removed from the United States to Mexico. Defendant admitted he has not obtained permission from the United States Government to legally re-enter the United States. Defendant stated he intended to travel to Orange County, California, to reunite with his family.