1 **DAVID M.C. PETERSON**
California Bar No. 254498
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone:   (619) 234-8467
4 Facsimile:    (619) 687-2666
Email:         David_Peterson@fd.org
5

6 Attorneys for Defendant

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JAN M. ADLER)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | ) CASE NO. 08MJ1672 |
| 12        Plaintiff, | ) |
| 13 v. | ) |
| 14 MARTIN GONZALEZ-RAMOS, | ) **NOTICE OF APPEARANCE** |
| 15        Defendant. | ) |

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 lead attorney in the above-captioned case.

20                                                              Respectfully submitted,

22 Dated: June 3, 2008                    */s/ DAVID M. C. PETERSON*
                                          DAVID M.C. PETERSON
23                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Defendant
24                                        David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 3, 2008                              /s/ *DAVID M. C. PETERSON*
                                                 DAVID M.C. PETERSON
                                                 Federal Defenders of San Diego, Inc.
                                                 225 Broadway, Suite 900
                                                 San Diego, CA  92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 David_Peterson@fd.org (email)