| | |
|---|---|
| 1 | **JENNIFER L. COON**<br>California State Bar No. 203913 |
| 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.<br>225 Broadway, Suite 900 |
| 3 | San Diego, California 92101<br>Telephone: (619) 234-8467 |
| 4 | Email: jennifer_coon@fd.org |
| 5 | Attorneys for Mr. Hernandez-Rivera |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0719-L |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION FOR CONTINUANCE OF TRIAL DATE** |
| v. | ) | |
| RIGOBERTO HERNANDEZ-RIVERA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the Trial currently scheduled for September 3, 2008, at 9:00 a.m., be continued to October 27, 2008, at 9:00 a.m., before the Honorable M. James Lorenz.

Respectfully submitted,

DATED: August 13, 2008         /s/ JENNIFER L. COON
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Defendant Hernandez-Rivera
                               jennifer_coon@fd.org

DATED: August 13, 2008         /s/ NICOLE A. JONES
                               Assistant United States Attorney

1

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy Chambers

Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

Copy Defendant

Dated: August 13, 2008

/s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)