**DAVID M.C. PETERSON**
California State Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Email: david_peterson@fd.org
Attorneys for Martin Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR2144-W |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF WITHDRAWAL** |
| MARTIN GONZALEZ-RAMOS, | ) | |
| Defendant. | ) | |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY;
        MICHELLE PETTIT, ASSISTANT UNITED STATES ATTORNEY

Notice is hereby given by David M.C. Peterson, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case as inadvertently incorrectly filed by fellow counsel.

Document:     *Motion for Continuance*

File Date:     August 13, 2008

Docket #:     16

Respectfully submitted,

Dated:  August 13, 2008          /s/ *DAVID M.C. PETERSON*
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

2      Counsel for Defendant certifies that the foregoing is true and accurate to the best information and

3  belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4      Courtesy Copy to Chambers

5      Copy to Assistant U.S. Attorney via ECF NEF

6

7  Dated:  August 13, 2008                    */S/ DAVID M.C. PETERSON*
                                            Federal Defenders of San Diego, Inc.
8                                           225 Broadway, Suite 900
                                            San Diego, CA  92101-5030
9                                           (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
10                                          David_Peterson@fd.org (email)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28